# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Elizabeth Donaldson Edwards,           CHAPTER 13
        Debtor.          CASE NO.  23-30528-KHK

Carl M. Bates, Esq., TRUSTEE

## ORDER ALLOWING DEBTOR TO INCUR DEBT

This matter came to be heard upon the Motion of the Debtor for permission to purchase a vehicle and finance it through West Broad Honda or another financing company with the same terms as proposed here.

As no parties have filed objections to this motion or appeared to object to the motion, after having been served with a copy of the Motion and Notice of Motion,

It is hereby ADJUDGED, ORDERED and DECREED that the Debtor may purchase a vehicle and finance said vehicle through West Broad Honda or another financing company under the following terms: The purchase price of the vehicle shall not exceed $16,000.00 with taxes and other fees. The purchase will be financed with an interest rate not to exceed 19.99% or less for a period not to exceed 72 months. The monthly payments will not exceed $400.00. The vehicle is anticipated to be a 2020 Kia Forte with 57,023 miles or another like vehicle with a value that shall not be less than the purchase price of the vehicle.

I ask for this:

/s/ Ellen P. Ray
Ellen P. Ray, Esquire
Counsel for Debtor
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800
(804) 355-1700 facsimile
Va. State Bar No. 32286

Seen and approved:

/s/ Carl M. Bates
Carl M. Bates, Chapter 13 Trustee

/s/ Ellen P. Ray
Ellen P. Ray, Esquire
Counsel for Debtor
1701 W. Main Street
Richmond, VA 23220
(804) 355-1800
(804) 355-1700 facsimile
Va. State Bar No. 32286

Entered on Docket:      /      /

Mar 4 2025

/s/ Klinette H Kindred
U.S. Bankruptcy Judge

Entered On Docket: March 4, 2025

Certificate of Mailing

Pursuant to Local Rule 9022 – 1 (C), I hereby certify that all necessary parties have endorsed the above Order.

/s/ Ellen P. Ray
Ellen P. Ray

PARTY SERVICE LIST:

Office of the US Trustee
701 E. Broad Street, Rm 4304
Richmond, VA 23219

Elizabeth Edwards
7310 Taw St Apt 259
Richmond, VA 23237

Carl M. Bates, Chapter 13 Trustee
PO Box 1819
Richmond, VA 23218

Ellen P. Ray
1701 W. Main Street
Richmond, VA 23220